UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                  Chapter 11

ADIR M CORP                             Case No. 09-15062 (MG)

                                                  **AMENDED AFFIDAVIT PURSUANT TO**
Debtor.                               **LOCAL BANKRUPTCY RULE 1007-2**
------------------------------------------------------------x

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK  )

      Meir Maslavi, being duly sworn, deposes and says:

      1.     I am the President of Adir. M. Corp. (the "Debtor") and as such I am fully familiar with the Debtor's business, financial information, and the facts set forth herein. I have been duly authorized to submit this affidavit, which is hereby submitted in accordance with Rule 1007-2 of the Local Bankruptcy Rules for Southern District of New York.

      2.     The Debtor is the owner/operator of a take out restaurant named Miro Café located at 595 Broadway, New York New York 10012. The Debtor serves sandwiches, salads sushi and various beverages including soft drinks and various types of coffees.

      3.     The circumstances leading to the Debtor's filing of its Petition under chapter 11 of the Bankruptcy Code was precipitated by the loss of sales due to the nation's broad economic downturn. The Debtor operates in the Soho area of New York County, New York which has seen a decline in foot traffic to its area and an approximately 15% percent decrease in its business.

      4.     No prior case has been commenced by or against the Debtor under either chapters

7 or 13 of the Bankruptcy Code.

5. Upon information and belief, as of the date hereof, there has not been a formation of a committee of unsecured creditors.

6. Pursuant to LBR 1007-2(a)(4), a list containing the names and addresses of what I believe to be the twenty largest unsecured creditors, excluding insiders, have been filed with my Chapter 11 Petition.

7. Pursuant to LBR 1007-2(a)(5), the holders of the five largest secured creditors will be filed within 15 days after the filing of the petition date and will be set forth in Schedule D to the Chapter 11 Petition.

8. Pursuant to LBR 1007-2(a)(6), an approximate summary of Debtors assets and liabilities will be set forth within 15 days of the petition date in Schedules B, D, E and F to the Chapter 11 Petition. The Debtor has not securities that are publicly held. The Debtor is a privately held corporation.

9. Pursuant to LBR 1007-2(a)(7) the shareholders are:

a. Meir Maslavi (100%)

10. Pursuant to LBR 1007-2(a)(8), to the best of my knowledge, there is no property of Debtor in the possession of any public officer, receiver, trustee, pledge, assignee of rents, liquidator, secured creditor, or agent of any such person.

11. Pursuant to LBR 1007-2(a)(9), the Debtor leases premises at 594 Broadway, New York, New York 10012 pursuant to a commercial lease with 594 Broadway Associates, LLC.

12. It is the Debtors intention to file a plan of reorganization providing any payments to be made to my creditors over time. It is estimated that the amount of bi-weekly payroll to

employees (exclusive of officers, directors, stockholdings, and partners) for the thirty (30) day period following the filing of the chapter 11 petition is approximately $66,000.00.

13. The amount paid and proposed to be paid for services for the thirty (30) day period following the filing of the chapter 11 petition to any officers, directors, stockholders, or business consultants is $13,760.00.

14. The Debtors proposed case conference order is annexed.

15. I believe that under the supervision of the bankruptcy court the Debtor will be able to pay its creditors more than they would receive if I went through a forced chapter 7 liquidation.

                                                                /s/ Meir Maslavi
                                                                 Meir Maslavi

Sworn to before me this 23rd
day of August 2009

 Lawrence Morrison
Lawrence Morrison
Notary Public
State of New York
#02m06059654
Expires 7/28/2011
Qualified in New York County