Lawrence F. Morrison
**MEISTER SEELIG & FEIN LLP**
140 East 45TH Street
New York, New York 10021
(212) 655-3500
**Attorneys for Debtor and Debtor-in-Possession**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11

Adir M. Corp.,                                                  Case No.: 09-15062 (MG)

                              Debtor.         AFFIDAVIT OF LAWRENCE
------------------------------------------------------------X   MORRISON

STATE OF NEW YORK    )

COUNTY OF NEW YORK  )

Lawrence Morrison being duly sworn deposes and says:

1. I am a partner at Meister Seelig & Fein, LLP.

2. I am submitting this affidavit at the request of the office of the United States Trustee.

3. I have reviewed the bills in the Adir M. Corp matter.

4. The $3,822.50 of pre-petition work will be waived by Meister Seelig & Fein, LLP.

5. I became a partner at Meister Seelig & Fein, LLP in July 2009. I am advised that prior to my arrival Meister Seelig & Fein, LLP was not familiar with the billing procedures and requirements for Debtors' counsel in chapter 11 cases. The billing for pre-petition services was an accounting error. We have remedied this error

6. The draw down against the retainer was also an accounting error. As I have advised my firm that fees cannot be drawn without approval by the court. I am advised that this has also been rectified and will not happen again. The $15,000.00 retainer shall remain in

escrow until a final fee application until a final fee order is approved.

                                        Lawrence Morrison

Sworn to before me this
22nd day of June

Notary Public
State of New York

BROOK D. D. BOYD
Notary Public, State of New York
No. 30-4722711
Qualified in Nassau County
Commission Expires March 30, 19..

Jan, 31, 2011