# DEILY, MOONEY & GLASTETTER, LLP

Attorneys at Law

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

*New Jersey Office:*
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

\* Jonathan D. Deily
\* Martin A. Mooney
\*† Mark D. Glastetter
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
\* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
Δ Admitted in Georgia
∂ Admitted in Connecticut

°\* Richard C. Maider
   Leigh A. Hoffman
°◊~ Linda S. Fossi
°◊~ Brian E. Caine
Δ Pilar A. Cano
∂ Alexander Powhida
   Jason A. Little
◊∂ Jorge A. Rodriguez
   Kathy McCullough Day

*Of Counsel:*
   John D. Rodgers
\* John Monterisi, Jr.

August 16, 2010

Hon. Martin Glenn
One Bowling Green
New York, New York  10004-1408

    Re:  Adir M. Corp.
          Case No. 09-15062-MG
          Our File No. B-GMAC.09.07810

Dear Judge Glenn:

    On behalf of our client GMAC a Motion for Relief from the Automatic Stay was filed and is returnable August 17, 2010.

    This letter is to inform you that this matter has been settled by Stipulation.  Our office will forward the proposed Stipulation to the Court under separate cover upon its completion.

    I thank the Court for its kind attention in this matter.  Should the Court have any questions or require anything further, please do not hesitate to contact our office.

                              Respectfully yours,

                              DEILY, MOONEY & GLASTETTER, LLP

                              /s/ Martin A. Mooney
                              Martin A. Mooney

MAM/aar

cc:    Lawrence F. Morrison, Esq.