UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

    ADIR M. CORP.,

                      Debtor.

_____

**STIPULATION AND ORDER**

Case No. 09-15062-MG
(Chapter 11)

      WHEREAS, the debtor, Adir M. Corp., filed a Chapter 11 bankruptcy proceeding on August 19, 2009.

      WHEREAS, General Motors Acceptance Corporation (hereinafter "GMAC") is the lienholder and Vault Trust is the record owner of one (1) 2007 Cadillac Escalade(V.I.N. 1GYFK63877R355272) (hereinafter "property").

      WHEREAS, on or about July 21, 2010, GMAC filed a Motion for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1) based upon debtor's failure to surrender the subject property upon maturity of the underlying lease agreement.

      WHEREAS, a hearing was scheduled for August 17, 2010 at 10:00 a.m. before the Honorable Martin Glenn in New York, New York.

      WHEREAS, the parties have agreed to enter into a Stipulation.

NOW, upon all pleadings and proceedings heretofore had herein, and the parties having stipulated to the following:

1. That the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, General Motors Acceptance Corporation, to recover possession and dispose of its property; namely, one (1) 2007 Cadillac Escalade (V.I.N. 1GYFK63877R355272).

DATED: Albany, New York  
        August 19, 2010

Yours, etc.

/s/ Martin A. Mooney  
Martin A. Mooney, Esq.  
DEILY, MOONEY & GLASTETTER, LLP  
Attorney for General Motors Acceptance Corporation  
Office and P.O. Address:  
8 Thurlow Terrace  
Albany, NY 12203  
Tel: (518) 436-0344

DATED: August 12, 2010

/s/ Lawrence F. Morrison  
Lawrence F. Morrison, Esq.  
Attorney for Debtor  
Lawrence Morrison PC  
110 East 59th Street, 23rd Floor  
New York, NY 10022

**SO ORDERED**  
DATED: **August 23, 2010**  
        New York, New York

   **/s/Martin Glenn**  
The Honorable Martin Glenn  
U.S. Bankruptcy Court Judge  
Southern District of New York