UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Adir M Corp.  
    Debtor

Case No. 09-15062  
Reporting Period: Nov-10  
Federal Tax I.D. # 32-0100933

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | NONE | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | N/A | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Meir Maslavi      Date 12/17/2010

Signature of Authorized Individual*      Date

Printed Name of Authorized Individual      Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Adir M Corp.
Debtor

Case No. 09-15062
Reporting Period: Nov-10

Federal Tax I.D. # 32-0100933

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | N/A | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | NONE | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | N/A | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor /s/ Meir Maslavi     Date 12/17/2010

Signature of Authorized Individual*     Date

Printed Name of Authorized Individual     Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
2/2008
PAGE 1 OF 1

In re Adir M Corp.  
　　Debtor

Case No. 09-15062  
Reporting Period: Nov-10

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | $ 41,138 | $ - | $ - | $ - | $ 41,138 |
| **RECEIPTS** | | | | | |
| CASH SALES | 141,684 | | | | 141,684 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | - |
| LOANS AND ADVANCES | | | | | - |
| SALE OF ASSETS | | | | | - |
| OTHER *(ATTACH LIST)* | | | | | - |
| TRANSFERS *(FROM DIP ACCTS)* | | | | | - |
| TOTAL RECEIPTS | 141,684 | - | - | - | 141,684 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 28,398 | | | | 28,398 |
| PAYROLL TAXES | 9,297 | | | | 9,297 |
| SALES, USE, & OTHER TAXES | 12,787 | | | | 12,787 |
| INVENTORY PURCHASES | 57,103 | | | | 57,103 |
| SECURED/ RENTAL/ LEASES | 19,175 | | | | 19,175 |
| INSURANCE | 2,123 | | | | 2,123 |
| ADMINISTRATIVE | 16,755 | | | | 16,755 |
| SELLING | | | | | - |
| OTHER *(ATTACH LIST)* | - | | | | - |
| OWNER DRAW * | | | | | - |
| TRANSFERS *(TO DIP ACCTS)* | | | | | - |
| PROFESSIONAL FEES | | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | 2,500 | | | | 2,500 |
| COURT COSTS | | | | | - |
| TOTAL DISBURSEMENTS | 148,138 | - | - | - | 148,138 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (6,454) | - | - | - | (6,454) |
| CASH – END OF MONTH | $ 34,684 | $ - | $ - | $ - | $ 34,684 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $ 148,138 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ 148,138 |

In re Adir M Corp.  
Debtor  

Case No. 09-15062  
Reporting Period: Nov-10

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE - FILING TO DATE |
|---|---|---|
| Gross Revenues | $ 130,420 | $ 1,999,286 |
| Less: Returns and Allowances | | - |
| Net Revenue | 130,420 | 1,999,286 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | - |
| Add: Purchases | 57,103 | 813,689 |
| Add: Cost of Labor | | - |
| Add: Other Costs (attach schedule) | | - |
| Less: Ending Inventory | | - |
| Cost of Goods Sold | 57,103 | 813,689 |
| Gross Profit | 73,317 | 1,185,597 |
| **OPERATING EXPENSES** | | |
| Advertising | | - |
| Auto and Truck Expense | 615 | 19,835 |
| Business licenses and permits | | 4,085 |
| Contributions | | - |
| Employee Benefits Programs | | - |
| Officer/Insider Compensation* | 6,400 | 96,000 |
| Insurance | 2,123 | 41,194 |
| Management Fees/Bonuses | | - |
| Office Expense | 3,965 | 48,056 |
| Pension & Profit-Sharing Plans | | - |
| Repairs and Maintenance | | 6,285 |
| Rent and Lease Expense | 19,175 | 298,404 |
| Salaries/Commissions/Fees | 28,846 | 437,249 |
| Supplies | | - |
| Taxes - Payroll | 2,819 | 48,450 |
| Taxes - Real Estate | | - |
| Taxes - Other | | - |
| Travel and Entertainment | | - |
| Utilities | 6,000 | 83,927 |
| Other (attach schedule) | | - |
| Total Operating Expenses Before Depreciation | 69,943 | 1,083,485 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | 3,374 | 102,112 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | - | 200 |
| Interest Expense | | - |
| Other Expense (attach schedule) | | - |
| Net Profit (Loss) Before Reorganization Items | 3,374 | 102,312 |

FORM MOR-2  
2/2008  
PAGE 1 OF 2

In re Adir M Corp.   Case No. 09-15062
    Debtor   Reporting Period: Nov-10

| REORGANIZATION ITEMS | | |
|---|---:|---:|
| Professional Fees | - | |
| U. S. Trustee Quarterly Fees | 2,500 | 15,000 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | - |
| Gain (Loss) from Sale of Equipment | | - |
| Other Reorganization Expenses *(attach schedule)* | | - |
| Total Reorganization Expenses | 2,500 | 15,000 |
| Income Taxes | - | 1,000 |
| Net Profit (Loss) | $ 874 | $ 86,312 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER OPERATIONAL EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

OTHER INCOME

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

OTHER EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

OTHER REORGANIZATION EXPENSES

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re Adir M Corp.  
Debtor  
Case No. 09-15062  
Reporting Period: Nov-10

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | $ 34,684 | | $ - |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | | | |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | - | | |
| Professional Retainers | 15,000 | | 15,000 |
| Other Current Assets *(attach schedule)* | | | |
| TOTAL CURRENT ASSETS | 49,684 | - | 15,000 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | | | |
| Machinery and Equipment | 427,843 | | 427,843 |
| Furniture, Fixtures and Office Equipment | | | |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less: Accumulated Depreciation | (201,037) | | (201,037) |
| TOTAL PROPERTY & EQUIPMENT | 226,806 | - | 226,806 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | 347,795 | | 347,795 |
| Other Assets *(attach schedule)* | 291,098 | | 290,000 |
| TOTAL OTHER ASSETS | 638,893 | - | 637,795 |
| TOTAL ASSETS | 915,383 | - | 879,601 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | 22,402 | | - |
| Taxes Payable *(refer to FORM MOR-4)* | 11,264 | | - |
| Wages Payable | - | | - |
| Notes Payable | - | | - |
| Rent / Leases - Building/Equipment | - | | - |
| Secured Debt / Adequate Protection Payments | - | | - |
| Professional Fees | - | | - |
| Amounts Due to Insiders* | - | | - |
| Other Post-petition Liabilities *(attach schedule)* | - | | - |
| TOTAL POST-PETITION LIABILITIES | 33,666 | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | - | | - |
| Priority Debt | 378,902 | | 434,602 |
| Unsecured Debt | 853,449 | | 861,029 |
| TOTAL PRE-PETITION LIABILITIES | 1,232,351 | | 1,295,631 |
| TOTAL LIABILITIES | 1,266,017 | | 1,295,631 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | 200 | | 200 |
| Additional Paid-In Capital | | | |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (416,230) | | (416,230) |
| Retained Earnings - Post-petition | 86,312 | | |
| Adjustments to Owner Equity *(attach schedule)* | (20,916) | | |
| Post-petition Contributions *(attach schedule)* | | | |
| NET OWNERS' EQUITY | (350,634) | - | (416,030) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ 915,383 | $ - | $ 879,601 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Adir M Corp.  Case No. 09-15062
    Debtor  Reporting Period: Nov-10

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | | | |
| | | | |
| | | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| | | | |
| Post-Petition Contributions | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Adir M Corp.  
    Debtor

Case No. 09-15062  
Reporting Period: Nov-10

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.  
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.  
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ 2,145 | $ 2,145 | | | $ - |
| FICA-Employee | $ - | 2,676 | 2,676 | | | - |
| FICA-Employer | $ - | 2,676 | 2,676 | | | - |
| Unemployment | $ - | 28 | 28 | | | - |
| Income | $ - | | - | | | - |
| Other: | $ - | | - | | | - |
| Total Federal Taxes | - | 7,525 | 7,525 | | | - |
| **State and Local** | | | | | | |
| Withholding | - | 1,632 | 1,632 | | | - |
| Sales | $ 12,787 | 11,264 | 12,787 | | | 11,264 |
| Excise | $ - | | - | | | - |
| Unemployment | $ - | 140 | 140 | | | - |
| Real Property | $ - | | - | | | - |
| Personal Property | $ - | | - | | | - |
| Other:NYMCA | $ - | - | - | | | - |
| Total State and Local | 12,787 | 13,036 | 14,559 | | | 11,264 |
| **Total Taxes** | $ 12,787 | $ 20,561 | $ 22,084 | | | $ 11,264 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | $ - | | | | | $ - |
| Wages Payable | - | | | | | - |
| Taxes Payable | 11,264 | | | | | 11,264 |
| Rent/Leases-Building | - | | | | | - |
| Rent/Leases-Equipment | - | | | | | - |
| Secured Debt/Adequate Protection Payments | - | | | | | - |
| Professional Fees | - | | | | | - |
| Amounts Due to Insiders | - | | | | | - |
| Other: | - | | | | | - |
| Other: | - | | | | | - |
| Total Post-petition Debts | $ 11,264 | $ - | $ - | $ - | $ - | $ 11,264 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____

FORM MOR-4  
2/2008  
PAGE 1 OF 1

In re Adir M Corp.
Debtor

Case No. 09-15062
Reporting Period: Nov-10

# ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | NONE |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Accounts Receivable | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| Net Accounts Receivable | | | | | |

# TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | $ 11,264 | | | | $ 11,264 |
| 31 - 60 days old | 0 | | | | 0 |
| 61 - 90 days old | 0 | | | | 0 |
| 91+ days old | 0 | | | | 0 |
| Total Taxes Payable | 0 | | | | 0 |
| Total Accounts Payable | $ 11,264 | $ - | $ - | $ - | $ 11,264 |

In re Adir M Corp.  
Debtor  

Case No. 09-15062  
Reporting Period: Nov-10

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | n/a |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755560973
01 01 149 01 M0000 E#    170
Last Statement:   10/29/2010
This Statement:   11/30/2010

Customer Service
1-877-757-8233

ADIR M CORPORATION
DBA MIRO CAFE
DEBTOR IN POSSESSION  09-15062
594596 BROADWAY
NEW YORK NY   10012

Page    1 of   7

Bankruptcy Case Number: 0915062

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 10/30/2010 - 11/30/2010 | | Statement Beginning Balance | 33,223.97 |
| Number of Deposits/Credits | 37 | Amount of Deposits/Credits | 146,826.99 |
| Number of Checks | 170 | Amount of Checks | 129,661.04 |
| Number of Other Debits | 46 | Amount of Other Debits | 24,706.29 |
| | | Statement Ending Balance | 25,683.63 |
| Number of Enclosures | 170 | | |
| | | Service Charge | 43.50 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | | 2,857.71 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 050083556 92 |
| 11/02 | | 909.64 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 06005518658 |
| 11/02 | | 1,398.01 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 05013925487 |
| 11/02 | | 2,082.62 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 05013925477 |
| 11/02 | | 14,009.00 | NY BANKING CENTER DEPOSIT | 8838043707762 93 |
| 11/03 | | 2,053.77 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 07000596091 |
| 11/04 | | 2,649.14 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 08005528604 |
| 11/05 | | 2,338.72 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 09000544916 |
| 11/08 | | 2,194.73 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 12005501991 |
| 11/08 | | 16,159.00 | NY BANKING CENTER DEPOSIT | 411504370832721 |
| 11/09 | | 1,070.15 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 13001363951 |
| 11/09 | | 1,302.92 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 12009099538 |
| 11/09 | | 2,756.27 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 12009099543 |
| 11/10 | | 2,215.66 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 14006983862 |
| 11/12 | | 1,997.45 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 14011875335 |
| 11/12 | | 12,147.00 | NY BANKING CENTER DEPOSIT | 411504670943063 |
| 11/15 | | 2,311.05 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 16008785678 |
| 11/15 | | 2,432.51 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 19009820810 |
| 11/16 | | 889.62 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 20006146415 |
| 11/16 | | 1,943.39 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 19014432915 |
| 11/16 | | 2,044.28 | HRTLAND PMT SYS  DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                CO ID:1223755714 CCD | 19014432918 |

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755560973
01 01 149 01 M0000 E#    170
Last Statement:   10/29/2010
This Statement:   11/30/2010

Customer Service
1-877-757-8233

ADIR M CORPORATION

Bankruptcy Case Number:0915062

## SPECIAL MARKETS CHECKING ACCOUNT

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/17 | | 2,238.26 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 21001220451 |
| 11/17 | | 13,898.00 | NY BANKING CENTER DEPOSIT | 411504470892041 |
| 11/18 | | 2,171.90 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 22006022941 |
| 11/19 | | 3,018.89 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 23010051130 |
| 11/22 | | 2,132.80 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 26004152172 |
| 11/22 | | 10,319.00 | NY BANKING CENTER DEPOSIT | 411504470754378 |
| 11/23 | | 1,301.27 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 27000554530 |
| 11/23 | | 1,749.76 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 26009347547 |
| 11/23 | | 1,988.48 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 26009347549 |
| 11/24 | | 2,232.75 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 28006099558 |
| 11/26 | | 2,291.00 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 30001109981 |
| 11/29 | | 1,822.32 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 30004995571 |
| 11/29 | | 18,706.00 | NY BANKING CENTER DEPOSIT | 411504270810499 |
| 11/30 | | 1,234.41 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 34002030067 |
| 11/30 | | 1,547.99 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 33010669381 |
| 11/30 | | 2,411.52 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE                    CO ID:1223755714 CCD | 33010669380 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
|  | 292.75 | 11/29 | 6192060513 | 2276 | 1,338.00 | 11/02 | 6392360934 |
| 2 | 495.31 | 11/30 | 8092465023 | 2277 | 1,113.54 | 11/01 | 9092303733 |
| 2175* | 150.00 | 11/04 | 6892836190 | 2278 | 1,200.00 | 11/04 | 9892831461 |
| 2191* | 950.00 | 11/08 | 6292133919 | 2279 | 201.98 | 11/01 | 4170239116 |
| 2244* | 156.00 | 11/01 | 6192158300 | 2280 | 326.22 | 11/01 | 1792387916 |
| 2257* | 173.44 | 11/01 | 1792387913 | 2281 | 1,000.00 | 11/04 | 6892577514 |
| 2264* | 135.45 | 11/01 | 6192017461 | 2282 | 213.40 | 11/02 | 6292624070 |
| 2265 | 494.50 | 11/02 | 6392277374 | 2283 | 115.00 | 11/02 | 9392411621 |
| 2267* | 193.10 | 11/01 | 4470902641 | 2284 | 212.40 | 11/03 | 9692122509 |
| 2268 | 307.74 | 11/02 | 6492650749 | 2285 | 1,097.50 | 11/03 | 9792009401 |
| 2271* | 190.70 | 11/01 | 8992548846 | 2286 | 169.25 | 11/01 | 8992556909 |
| 2273* | 36.00 | 11/01 | 8992646272 | 2287 | 225.75 | 11/01 | 6192017460 |
| 2275* | 419.43 | 11/01 | 5992380892 | 2288 | 180.00 | 11/03 | 4370096890 |

* The preceding check(s) is still outstanding or has been included in a previous
  statement or is included in the 'Other Debits' section as an ACH paperless transaction.

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number   3755560973
01 01 149 01 M0000 E#    170
Last Statement:  10/29/2010
This Statement:  11/30/2010

H

ADIR M CORPORATION

Customer Service
1-877-757-8233

Page    3 of    7

Bankruptcy Case Number:0915062

## SPECIAL MARKETS CHECKING ACCOUNT

### Withdrawals and Debits

Checks - Continued

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2289 | 569.50 | 11/10 | 6892574184 | 2344 | 434.22 | 11/15 | 6392759470 |
| 2290 | 186.30 | 11/08 | 6192585474 | 2345 | 326.22 | 11/15 | 3192715115 |
| 2292* | 19,175.48 | 11/02 | 4370776292 | 2346 | 12,792.00 | 11/26 | 4670138411 |
| 2293 | 196.90 | 11/10 | 6892505282 | 2348* | 154.36 | 11/23 | 6892470402 |
| 2294 | 190.70 | 11/12 | 8892072848 | 2349 | 70.00 | 11/19 | 9092216624 |
| 2295 | 118.00 | 11/04 | 6992893417 | 2350 | 180.40 | 11/17 | 9892634574 |
| 2296 | 67.63 | 11/05 | 3192496527 | 2351 | 143.50 | 11/15 | 9392834501 |
| 2297 | 105.60 | 11/05 | 9992679948 | 2352 | 179.07 | 11/22 | 6492696280 |
| 2298 | 1,000.00 | 11/02 | 4370776296 | 2353 | 642.00 | 11/17 | 9992731946 |
| 2300* | 528.75 | 11/04 | 9892429927 | 2354 | 80.28 | 11/12 | 8892088740 |
| 2301 | 389.98 | 11/08 | 6192634822 | 2355 | 42.50 | 11/15 | 9392821487 |
| 2302 | 1,101.59 | 11/08 | 8782465778 | 2357* | 180.00 | 11/17 | 4370731218 |
| 2303 | 1,312.57 | 11/08 | 9392316828 | 2358 | 209.79 | 11/16 | 6792246069 |
| 2304 | 99.00 | 11/08 | 6492217874 | 2359 | 527.00 | 11/23 | 6692913399 |
| 2306* | 55.00 | 11/08 | 6392337095 | 2360 | 1,373.27 | 11/22 | 8782328950 |
| 2307 | 190.10 | 11/05 | 4170105980 | 2362* | 182.25 | 11/17 | 9892918141 |
| 2308 | 264.24 | 11/05 | 3392670562 | 2363 | 190.70 | 11/24 | 9992881296 |
| 2309 | 239.90 | 11/08 | 3992713864 | 2364 | 118.00 | 11/18 | 5892764285 |
| 2310 | 749.31 | 11/10 | 7092212360 | 2365 | 132.00 | 11/23 | 9792905532 |
| 2311 | 1,390.00 | 11/09 | 6592621065 | 2366 | 696.95 | 11/18 | 9992908588 |
| 2312 | 2,289.49 | 11/08 | 9092619352 | 2367 | 1,000.00 | 11/16 | 4370452651 |
| 2314* | 209.01 | 11/22 | 6492696279 | 2368 | 428.22 | 11/22 | 6392017377 |
| 2315 | 112.01 | 11/29 | 4670393670 | 2369 | 209.00 | 11/24 | 3992044959 |
| 2316 | 70.00 | 11/10 | 9892254930 | 2370 | 471.85 | 11/19 | 9092333516 |
| 2317 | 115.00 | 11/09 | 9592802193 | 2371 | 75.00 | 11/22 | 6592395001 |
| 2318 | 87.43 | 11/12 | 7092867380 | 2372 | 1,107.00 | 11/23 | 6692634158 |
| 2319 | 1,071.82 | 11/10 | 9992143509 | 2373 | 1,205.11 | 11/22 | 9592228833 |
| 2320 | 229.53 | 11/17 | 6992688167 | 2374 | 173.44 | 11/23 | 3592744445 |
| 2321 | 1,406.03 | 11/12 | 5892310598 | 2375 | 392.24 | 11/29 | 6392635695 |
| 2323* | 769.00 | 11/10 | 9992152031 | 2376 | 259.80 | 11/24 | 5892032246 |
| 2324 | 408.00 | 11/10 | 6892574180 | 2377 | 2,973.69 | 11/22 | 9292661445 |
| 2325 | 168.31 | 11/12 | 7092864645 | 2378 | 982.66 | 11/24 | 8792857276 |
| 2326 | 1,000.00 | 11/08 | 4370832724 | 2379 | 60.00 | 11/23 | 9792116071 |
| 2327 | 550.00 | 11/12 | 4370673928 | 2380 | 173.97 | 11/22 | 6492696281 |
| 2328 | 1,458.36 | 11/16 | 8782042858 | 2381 | 800.00 | 11/23 | 4670416981 |
| 2329 | 212.80 | 11/10 | 9892303452 | 2382 | 105.60 | 11/24 | 8792692485 |
| 2330 | 190.70 | 11/12 | 8892072849 | 2383 | 399.00 | 11/26 | 5892661108 |
| 2331 | 320.00 | 11/16 | 6792324352 | 2385* | 1,000.00 | 11/22 | 4470754336 |
| 2334* | 157.10 | 11/12 | 3092219289 | 2388* | 1,212.85 | 11/29 | 8782720385 |
| 2335 | 384.51 | 11/15 | 6192806373 | 2389 | 1,431.00 | 11/30 | 6492433329 |
| 2336 | 1,265.69 | 11/15 | 9392400635 | 2390 | 197.70 | 11/29 | 6292233307 |
| 2337 | 1,318.00 | 11/16 | 6592847067 | 2391 | 97.40 | 11/24 | 3992044958 |
| 2338 | 677.40 | 11/12 | 8892329294 | 2393* | 477.54 | 11/29 | 6192042181 |
| 2339 | 134.64 | 11/12 | 2992282697 | 2394 | 1,247.70 | 11/29 | 9392402591 |
| 2340 | 134.75 | 11/12 | 8992264363 | 2395 | 82.22 | 11/29 | 4670393667 |
| 2341 | 2,500.00 | 11/10 | 4670583481 | 2396 | 200.70 | 11/29 | 4670453433 |
| 2342 | 200.00 | 11/15 | 9292695424 | 2400* | 134.28 | 11/29 | 6292496395 |
| 2343 | 306.00 | 11/12 | 8792532944 | 2407* | 2,500.00 | 11/29 | 4470688099 |

\* The preceding check(s) is still outstanding or has been included in a previous statement or is included in the 'Other Debits' section as an ACH paperless transaction.

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755560973
01 01 149 01 M0000 E#    170
Last Statement:   10/29/2010
This Statement:   11/30/2010

Customer Service
1-877-757-8233

ADIR M CORPORATION

Page     4 of     7

Bankruptcy Case Number:0915062

## SPECIAL MARKETS CHECKING ACCOUNT

### Withdrawals and Debits

**Checks - Continued**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2416* | 1,000.00 | 11/30 | 4170740486 | 10262 | 167.17 | 11/17 | 2192111156 |
| 10229* | 1,350.33 | 11/03 | 6692201022 | 10263 | 517.73 | 11/12 | 1882730802 |
| 10233* | 726.26 | 11/01 | 8892146847 | 10264 | 738.69 | 11/15 | 3692093990 |
| 10235* | 558.79 | 11/02 | 8092852059 | 10265 | 666.69 | 11/15 | 3692094426 |
| 10238* | 493.89 | 11/02 | 4170750983 | 10266 | 1,026.25 | 11/15 | 4170735851 |
| 10242* | 157.61 | 11/17 | 2192111157 | 10267 | 27.69 | 11/18 | 4170524447 |
| 10244* | 718.70 | 11/02 | 2392369825 | 10268 | 631.75 | 11/26 | 4470548872 |
| 10245 | 699.76 | 11/01 | 4092868769 | 10269 | 1,420.25 | 11/26 | 5992903111 |
| 10246 | 1,019.78 | 11/02 | 4170839487 | 10270 | 642.46 | 11/26 | 4370972620 |
| 10247 | 27.69 | 11/04 | 4470135586 | 10271 | 540.99 | 11/26 | 4370972575 |
| 10248 | 608.98 | 11/12 | 4670942667 | 10272 | 718.29 | 11/26 | 4470548873 |
| 10249 | 1,371.30 | 11/16 | 4470310331 | 10273 | 670.65 | 11/29 | 9192021847 |
| 10250 | 741.90 | 11/12 | 4670942683 | 10274 | 422.78 | 11/26 | 4370972623 |
| 10251 | 595.41 | 11/12 | 4670942678 | 10276* | 582.30 | 11/26 | 4470548869 |
| 10252 | 287.59 | 11/12 | 4670942948 | 10277 | 817.86 | 11/26 | 4470548871 |
| 10253 | 736.42 | 11/15 | 9192012771 | 10278 | 460.43 | 11/30 | 6492232111 |
| 10254 | 431.96 | 11/12 | 4670942958 | 10279 | 850.06 | 11/26 | 4370972579 |
| 10255 | 620.90 | 11/16 | 7692922662 | 10280 | 2,398.84 | 11/26 | 4470502324 |
| 10256 | 629.36 | 11/12 | 4670992530 | 10281 | 439.60 | 11/29 | 9192016736 |
| 10257 | 822.69 | 11/12 | 4670992544 | 10283* | 475.54 | 11/29 | 1882993182 |
| 10258 | 519.48 | 11/16 | 4470310530 | 10284 | 730.40 | 11/29 | 2492802232 |
| 10259 | 892.65 | 11/12 | 4670973488 | 10285 | 623.20 | 11/29 | 2492802926 |
| 10260 | 2,398.84 | 11/12 | 4670942960 | 10286 | 1,029.48 | 11/30 | 4270945462 |
| 10261 | 507.89 | 11/16 | 9692483518 | 10287 | 27.69 | 11/30 | 4570877194 |

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/01 | | 89.37 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE              CO ID:1223755714 CCD | 05008355691 |
| 11/01 | | 4,658.05 | BDB DIRECTAX INC DES:PAYROLLTAX ID:AIO<br>INDN:ADIR M CORP           CO ID:1113360963 CCD<br>PMT INFO:Payroll Taxes | 02007124975 |
| 11/02 | | 26.77 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE              CO ID:1223755714 CCD | 06005518657 |
| 11/02 | | 41.56 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE              CO ID:1223755714 CCD | 05013925488 |
| 11/02 | | 64.97 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE              CO ID:1223755714 CCD | 05013925478 |
| 11/03 | | 43.50 | SUPPLY ORDER FEE | 09820000403 |
| 11/03 | | 63.79 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE              CO ID:1223755714 CCD | 07000596097 |
| 11/04 | | 82.19 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346<br>INDN:MIRO CAFE              CO ID:1223755714 CCD | 08005528603 |
| 11/04 | | 195.86 | VZ WIRELESS VN   DES:E CHECK    ID:7811032<br>INDN:MIRO CAFE CORP         CO ID:0000751800 TEL | 07003009619 |

\* The preceding check(s) is still outstanding or has been included in a previous
statement or is included in the 'Other Debits' section as an ACH paperless transaction.

# Bank of America

CUSTOMER CONNECTION  
BANK OF AMERICA, N.A.  
DALLAS, TEXAS   75283-2406

Account Number   3755560973  
01 01 149 01 M0000 E#    170  
Last Statement:   10/29/2010  
This Statement:   11/30/2010

Customer Service  
1-877-757-8233

ADIR M CORPORATION

Page    5 of    7

Bankruptcy Case Number:0915062

H^H

## SPECIAL MARKETS CHECKING ACCOUNT

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/05 | | 72.98 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 09000544915 |
| 11/08 | | 69.29 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 12005501990 |
| 11/09 | | 32.25 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 13001363950 |
| 11/09 | | 39.44 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 12009099539 |
| 11/09 | | 85.40 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 12009099542 |
| 11/09 | | 1,500.00 | CON ED OF NY       DES:INTELL CK   ID:401113213000033<br>INDN:ADIR M. CORP'S              CO ID:0135009340 PPD | 12010337107 |
| 11/09 | | 1,707.68 | AI CREDIT CORPOR DES:CCD         ID:<br>INDN:ADIR M CORPORATION DB   CO ID:0002615960 CCD<br>PMT INFO:11/1 INSTALL FOR 15-3-095574-1 | 13001308867 |
| 11/10 | | 68.37 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 14006983861 |
| 11/10 | | 88.60 | BROADWAYDATABASE DES:BILLING     ID:AM30<br>INDN:ADIR M CORP                    CO ID:1113083030 CCD<br>PMT INFO:A/R Billing 11021083 | 14007132371 |
| 11/10 | | 415.26 | NATIONWIDE P&C    DES:NW INTREFT ID:6631F 037234<br>INDN:ADIR   M CORP                  CO ID:9000190004 PPD | 14007086335 |
| 11/12 | | 3.50 | BILLMATRIX        DES:BILL PAY    ID:4575637802<br>INDN:BILLMATRIX                     CO ID:7529000011 TEL | 14009966746 |
| 11/12 | | 64.93 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 14011875336 |
| 11/12 | | 295.14 | VERIZON MAIN      DES:BILL PAY    ID:4575637801<br>INDN: VERIZON MAIN                  CO ID:7529071411 TEL | 14009966750 |
| 11/15 | | 69.95 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 16008785677 |
| 11/15 | | 76.74 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 19009820809 |
| 11/15 | | 4,694.50 | BDB DIRECTAX INC DES:PAYROLLTAX ID:AIO<br>INDN:ADIR M CORP                    CO ID:1113360963 CCD<br>PMT INFO:Payroll Taxes | 16008227129 |
| 11/16 | | 27.17 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 20006146414 |
| 11/16 | | 58.74 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 19014432914 |
| 11/16 | | 63.24 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 19014432917 |
| 11/16 | | 1,500.00 | CON ED OF NY       DES:INTELL CK   ID:401113213000033<br>INDN:ADIR M. CORP'S              CO ID:0135009340 PPD | 19014824395 |
| 11/17 | | 70.07 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 21001220450 |
| 11/18 | | 67.57 | HRTLAND PMT SYS   DES:TXNS/FEES   ID:650000003563346<br>INDN:MIRO CAFE                      CO ID:1223755714 CCD | 22006022940 |
| 11/19 | | 93.60 | BROADWAYDATABASE DES:BILLING     ID:AM30<br>INDN:ADIR M CORP                    CO ID:1113083030 CCD<br>PMT INFO:A/R Billing 11161001 | 22009046304 |

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number     3755560973
01 01 149 01 M0000 E#     170
Last Statement:    10/29/2010
This Statement:    11/30/2010

Customer Service
1-877-757-8233

ADIR M CORPORATION

Page    6 of    7

Bankruptcy Case Number:0915062

## SPECIAL MARKETS CHECKING ACCOUNT

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/19 | | 96.66 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 2301005113 |
| 11/22 | | 69.45 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 2600415217 |
| 11/23 | | 38.79 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 2700055453 |
| 11/23 | | 49.41 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 2600934754 |
| 11/23 | | 63.74 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 2600934754 |
| 11/23 | | 1,500.00 | CON ED OF NY    DES:INTELL CK  ID:401113213000033 INDN:ADIR M. CORP'S               CO ID:0135009340 PPD | 2600952358 |
| 11/24 | | 69.05 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 2800609955 |
| 11/26 | | 71.46 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 3000110998 |
| 11/29 | | 54.54 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 3000499557 |
| 11/29 | | 4,609.38 | BDB DIRECTAX INC DES:PAYROLLTAX ID:AIO INDN:ADIR M CORP                     CO ID:1113360963 CCD PMT INFO:Payroll Taxes | 3000492587 |
| 11/30 | | 35.52 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 3400203006 |
| 11/30 | | 47.29 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 3301066938 |
| 11/30 | | 70.52 | HRTLAND PMT SYS  DES:TXNS/FEES  ID:650000003563346 INDN:MIRO CAFE                   CO ID:1223755714 CCD | 3301066937 |
| 11/30 | | 1,500.00 | CON ED OF NY    DES:INTELL CK  ID:401113213000033 INDN:ADIR M. CORP'S               CO ID:0135009340 PPD | 3301105294 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 10/29 | 33,223.97 | 33,223.97 | 11/16 | 17,115.95 | 17,115.95 |
| 11/01 | 26,567.38 | 26,567.38 | 11/17 | 31,443.18 | 31,443.18 |
| 11/02 | 19,398.07 | 19,398.07 | 11/18 | 32,704.87 | 32,704.87 |
| 11/03 | 18,504.32 | 18,504.32 | 11/19 | 34,991.65 | 34,991.65 |
| 11/04 | 17,850.97 | 17,850.97 | 11/22 | 39,756.66 | 39,756.66 |
| 11/05 | 19,489.14 | 19,489.14 | 11/23 | 40,190.43 | 40,190.43 |
| 11/08 | 30,149.75 | 30,149.75 | 11/24 | 40,508.97 | 40,508.97 |
| 11/09 | 30,409.32 | 30,409.32 | 11/26 | 20,511.93 | 20,511.93 |
| 11/10 | 25,505.42 | 25,505.42 | 11/29 | 26,586.95 | 26,586.95 |
| 11/12 | 27,275.85 | 27,275.85 | 11/30 | 25,683.63 | 25,683.63 |
| 11/15 | 21,213.53 | 21,213.53 | | | |

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number    3755560973
01 01 149 01 M0000 E#    170
Last Statement:   10/29/2010
This Statement:   11/30/2010

Customer Service
1-877-757-8233

ADIR M CORPORATION

Page    7 of    7

Bankruptcy Case Number:0915062

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.** Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.** All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.** If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Recycled Paper

INTENTIONALLY BLANK PAGE



# Bank of America

CUSTOMER CONNECTION  
BANK OF AMERICA, N.A.  
DALLAS, TEXAS   75283-2406

Account Number      3755577076  
01 01 152 01 M0000 E#       0  
Last Statement:     10/29/2010  
This Statement:     11/30/2010

NX 0000 01 000 187 013499 #@01 SP 0.357  
ADIR M CORPORATION  
DEBTOR IN POSSESSION #09-15062  
594 BROADWAY  
NEW YORK NY 10012  
Bankr

Customer Service  
1-877-757-8233

Page      1 of    2

nkruptcy Case Number:0915062

## SPECIAL MARKETS MMS INVESTMENT ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 10/30/2010 - 11/30/2010 | Statement Beginning Balance | 4,000.04 |
| Number of Deposits/Credits                6 | Amount of Deposits/Credits | 5,000.17 |
| Number of Checks                          0 | Amount of Checks | .00 |
| Number of Other Debits                    0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 9,000.21 |
| Number of Enclosures                      0 | | |
| | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .17 | Interest Paid Year-to-Date | .21 |
| Annual Percentage Yield Earned | .03% | | |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 11/02 | | 1,000.00 | NY BANKING CENTER DEPOSIT | 883804370776295 |
| 11/08 | | 1,000.00 | NY BANKING CENTER DEPOSIT | 411504370832723 |
| 11/16 | | 1,000.00 | NY BANKING CENTER DEPOSIT | 411504370452650 |
| 11/22 | | 1,000.00 | NY BANKING CENTER DEPOSIT | 411504470754335 |
| 11/30 | | .17 | INTEREST PAID ON 30 DAYS AVERAGE COLLECTED BALANCE OF    $6,566.71 | 09840003363 |
| 11/30 | | 1,000.00 | NY BANKING CENTER DEPOSIT | 411504170740485 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Rate | Date | Ledger Balance | Collected Balance | Rate |
|---|---|---|---|---|---|---|---|
| 10/29 | 4,000.04 | 4,000.04 | .030 | 11/16 | 7,000.04 | 7,000.04 | .030 |
| 11/02 | 5,000.04 | 5,000.04 | .030 | 11/22 | 8,000.04 | 8,000.04 | .030 |
| 11/08 | 6,000.04 | 6,000.04 | .030 | 11/30 | 9,000.21 | 9,000.21 | .030 |

Recycled Paper

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3755577076
01 01 152 01 M0000 E#       0
Last Statement:   10/29/2010
This Statement:   11/30/2010

Customer Service
1-877-757-8233

Page     2 of    2

ADIR M CORPORATION

Bankruptcy Case Number:0915062

### IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.