# CHAPTER 7 LIQUIDATION ANALYSIS

*In Re: Adir M. Corp.*
*Chapter 11 Case No. 09-15062 (MG)*

| I. ASSETS | Estimated Book Value (As of September 30, 2011) | Estimated Liquidation Value |
|---|---|---|
| Cash in Bank | $45,296 | $45,296 |
| Security Deposit | $13,614 | $13,614[1] |
| Loan Receivable | $390,795 | $0[2] |
| Furniture & Equipment | $169,917 | $25,000[3] |
| Food & Beverage Inventory | $10,000 | $2,000 |
| Goodwill | $180,000[4] | $137,000 |
| Other Assets | $1,098 | $0 |
| **Total Available for Creditors:** | | **$222,910** |

| II. LIABILITIES | Amount |
|---|---|
| Statutory Fees (United States Trustee) | $4,875 |
| Estimated Chapter 7 Wind-Down Administrative Expenses and Professional Fees | $35,000 |
| Estimated Chapter 7 Trustee Commissions | $14,400 |
| Chapter 11 administrative professional fees and expenses | $91,000[5] |
| Priority Tax Claims | $66,850 |
| Secured Claim of Sovereign Bank | $112,237[6] |
| Secured Claim of Avi Galapo | $141,000 |
| **Total Estimated Liabilities (Other than General Unsecured Claims):** | **$465,362** |
| Total Available for General Unsecured Creditors: | $0 |
| Total General Unsecured Claims: | $907,650 |
| **Projected Distribution to General Unsecured Claimants in Chapter 7:** | **0%** |

---

[1] Liquidation value of security deposit assumes that Debtor remains current on lease obligations.

[2] The loan receivable is owed by a party related to the Debtor who has itself filed a bankruptcy petition.

[3] Liquidation value of furniture and equipment, most of which is approximately 8 years old, is estimated based upon, among other things, the costs of removing same from premises and the estimated re-sale value thereof.

[4] Book value of goodwill represents "key money" paid by the Debtor for the purchase of its commercial lease and certain business assets. The lease is pledged as security for the amounts owed by the Debtor to Avi Galapo.

[5] Assumes that all of the Debtor's professionals, including Meister Seelig & Fein LLP, accept the voluntary reductions and payouts provided for in the Plan.

[6] Sovereign Bank holds a first priority lien against all assets of the Debtor.