Adir M Corp
Projected statement of cash flow
For the three years subsequent to case confirmation

| Month ending | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | $ 129,150 | $ 116,850 | $ 115,825 | $ 143,500 | $ 151,700 | $ 148,625 | $ 157,850 | $ 160,925 | $ 167,075 | $ 167,075 | $ 173,225 | $ 133,250 | $ 129,150 |
| Cost of food | 42,620 | 38,561 | 38,222 | 47,355 | 50,061 | 49,046 | 52,091 | 53,105 | 55,135 | 55,135 | 57,164 | 43,973 | 42,620 |
| Gross profit | 86,531 | 78,290 | 77,603 | 96,145 | 101,639 | 99,579 | 105,760 | 107,820 | 111,940 | 111,940 | 116,061 | 89,278 | 86,531 |
| Operating expenses (see detail schedule) | 75,181 | 75,033 | 72,821 | 79,353 | 85,451 | 75,415 | 79,025 | 90,562 | 75,636 | 79,136 | 90,710 | 75,230 | 78,681 |
| Net income | 11,350 | 3,256 | 4,782 | 16,792 | 16,188 | 24,164 | 26,734 | 17,258 | 36,304 | 32,804 | 25,351 | 14,048 | 7,850 |
| **Required Chapter 11 payments** | | | | | | | | | | | | | |
| Sovereign Bank | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 | 3,517 |
| Galapo settlement | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 |
| Payments to general unsecured creditors | - | 18,333 | | | | | | | | | | | |
| U.S. Trustee fees | | 4,875 | | | | | | | | | | | |
| Administrative expenses (professional) | | 28,000 | 7,161 | 7,161 | 7,161 | 2,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 | 1,162 |
| Priority tax claims | | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 | 2,236 |
| Total required payments | 7,517 | 60,961 | 16,914 | 16,914 | 16,914 | 11,915 | 10,915 | 10,915 | 10,915 | 10,915 | 10,915 | 10,915 | 10,915 |
| Net cash flow for the period | 3,833 | (57,705) | (12,132) | (122) | (726) | 12,249 | 15,819 | 6,343 | 25,389 | 21,889 | 14,436 | 3,133 | (3,065) |
| Cash beginning of period | 67,000 | 70,833 | 13,128 | 996 | 874 | 147 | 12,397 | 28,216 | 34,559 | 59,948 | 81,837 | 96,273 | 99,406 |
| Cash end of period | $ 70,833 | $ 13,128 | $ 996 | $ 874 | $ 147 | $ 12,397 | $ 28,216 | $ 34,559 | $ 59,948 | $ 81,837 | $ 96,273 | $ 99,406 | $ 96,341 |

**Significant Assumptions:**

1. Sales in the first 13 months reflect an increase of 2.5% over the same month a year earlier. After the initial year, sales growth is projected 2.5%. This is consistent with the pattern of revenue growth over the prior year. The continued projected growth will result from additional changes in menu items that will be higher priced with better gross profits.
2. Cost of sales is projected at 33% which reflects better pricing (about 2%) from vendors post confirmation.
3. Operating expenses in the first year post confirmation reflect the prior quarterly average +5% less depreciation and fees to the Office of the US Trustee.
4. Operating expenses are projected to increased by 2.4% in year 2 post confirmation and 2.3% in year 3 post confirmation. This reflects cost of living increases with management continuing to control costs.
5. The cash flow model assumes the plan is confirmed and the first payments under the plan are made in the month of December 2011.
6. The payments for general unsecured creditors assumes the total GUC is $910,000, a 6% payout, 2% upon confirmation and the balance paid out over 24 months.
7. Administrative expenses include:

| | Confirm pymt | Monthly | # of Install | Total |
|---|---|---|---|---|
| Meister Fein & Selig | 22,000 | 1,161 | 38 | 66,118 |
| Pick & Zablinski | 5,000 | 5,000 | 3 | 15,000 |
| RSSM | 1,000 | 1,000 | 4 | 4,000 |
| | | | | 20,000 |
| | | | | 5,000 |

Assumptions: Meister Fein Selig settles for $66,000 for their claim for fees.

## Adir M Corp
### Projected statement of cash flow
### For the three years subsequent to case confirmation

| Quarter ending | Mar-13 | Jun-13 | Sep-13 | Dec-13 | Mar-14 | Jun-14 | Sep-14 | Dec-14 | Feb-15 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | $ 385,579 | $ 469,629 | $ 507,452 | $ 446,516 | $ 395,219 | $ 481,370 | $ 520,138 | $ 457,679 | $ 270,066 |
| Cost of food | 127,241 | 154,978 | 167,459 | 147,350 | 130,422 | 158,852 | 171,646 | 151,034 | 89,122 |
| Gross profit | 258,338 | 314,652 | 339,993 | 299,165 | 264,797 | 322,518 | 348,493 | 306,645 | 180,944 |
| Operating expenses (see detail schedule) | 236,932 | 270,306 | 234,510 | 233,779 | 243,050 | 275,839 | 240,055 | 238,305 | 157,037 |
| Net income | 21,406 | 44,345 | 105,482 | 65,386 | 21,747 | 46,679 | 108,438 | 68,340 | 23,908 |
| **Required Chapter 11 payments** | | | | | | | | | |
| Sovereign Bank | 10,551 | 10,551 | 9,414 | | | | | | |
| Galapo settlement | 9,000 | 9,000 | 9,000 | 9,000 | 9,000 | | 9,000 | | 6,000 |
| Payments to general unsecured creditors | 18,333 | | | | 18,334 | | | | |
| U.S. Trustee fees | | | | | | | | | |
| Administrative expenses (professional) | 3,469 | 3,469 | 3,469 | 3,469 | 3,469 | 3,469 | 3,469 | 3,469 | 3,469 |
| Priority tax claims | 6,708 | 6,708 | 6,708 | 6,708 | 6,708 | 6,577 | | | |
| Total required payments | 48,061 | 29,728 | 28,591 | 19,177 | 37,511 | 19,046 | 12,469 | 12,469 | 9,469 |
| Net cash flow for the period | (26,655) | 14,617 | 76,891 | 46,209 | (15,764) | 27,633 | 95,969 | 55,871 | 14,439 |
| Cash beginning of period | 96,341 | 69,686 | 84,303 | 161,195 | 207,404 | 191,640 | 219,273 | 315,242 | 371,112 |
| Cash end of period | $ 69,686 | $ 84,303 | $ 161,195 | $ 207,404 | $ 191,640 | $ 219,273 | $ 315,242 | $ 371,112 | $ 385,551 |

# Adir M Corp
## Schedule of operating expenses
### For the three years subsequent to case confirmation

| Month ending | Dec-11 | Jan-12 | Feb-12 | Mar-12 | Apr-12 | May-12 | Jun-12 | Jul-12 | Aug-12 | Sep-12 | Oct-12 | Nov-12 | Dec-12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Salaries** | | | | | | | | | | | | | |
| Manager | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 | $ 7,500 |
| Staff | 30,000 | 30,000 | 28,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 |
| Payroll taxes | 3,750 | 3,750 | 3,550 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 |
| Advertising | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Automobile expenses | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 |
| Bank Charges | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Bookkeeping fees | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 |
| Business licenses | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Credit card fees | 1,550 | 1,402 | 1,390 | 1,722 | 1,820 | 1,784 | 1,894 | 1,931 | 2,005 | 2,005 | 2,079 | 1,599 | 1,550 |
| Insurance expense | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Office expenses | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 |
| Payroll service fee | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 | 195 |
| Professional fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 | 21,161 |
| Repairs | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Taxes - corporate income | - | - | - | 4,000 | 10,000 | - | 3,500 | 15,000 | - | 3,500 | 15,000 | - | 3,500 |
| Telephone | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 |
| Utilities | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 |
| Total operating expenses | $ 75,181 | $ 75,033 | $ 72,821 | $ 79,353 | $ 85,451 | $ 75,415 | $ 79,025 | $ 90,562 | $ 75,636 | $ 79,136 | $ 90,710 | $ 75,230 | $ 78,681 |

# Adir M Corp
## Schedule of operating expenses
## For the three years subsequent to case confirmation

| Quarter ending | Mar-13 | Jun-13 | Sep-13 | Dec-13 | Mar-14 | Jun-14 | Sep-14 | Dec-14 | Feb-15 |
|---|---|---|---|---|---|---|---|---|---|
| **Salaries** | | | | | | | | | |
| Manager | $ 23,040 | $ 23,040 | $ 23,040 | $ 23,040 | $ 23,593 | $ 23,593 | $ 23,593 | $ 23,593 | $ 15,729 |
| Staff | 92,160 | 92,160 | 92,160 | 92,160 | 94,372 | 94,372 | 94,372 | 94,372 | 62,915 |
| Payroll taxes | 11,520 | 11,520 | 11,520 | 11,520 | 11,796 | 11,796 | 11,796 | 11,796 | 7,864 |
| Advertising | 307 | 307 | 307 | 307 | 315 | 315 | 315 | 315 | 210 |
| Automobile expenses | 3,686 | 3,686 | 3,686 | 3,686 | 3,775 | 3,775 | 3,775 | 3,775 | 2,517 |
| Bank Charges | 77 | 77 | 77 | 77 | 79 | 79 | 79 | 79 | 52 |
| Bookkeeping fees | 614 | 614 | 614 | 614 | 629 | 629 | 629 | 629 | 419 |
| Business licenses | 1,536 | 1,536 | 1,536 | 1,536 | 1,573 | 1,573 | 1,573 | 1,573 | 1,049 |
| Credit card fees | 4,761 | 5,636 | 6,089 | 5,358 | 5,487 | 5,776 | 6,242 | 5,492 | 3,661 |
| Insurance expense | 10,752 | 10,752 | 10,752 | 10,752 | 11,010 | 11,010 | 11,010 | 11,010 | 7,340 |
| Office expenses | 384 | 384 | 384 | 384 | 393 | 393 | 393 | 393 | 262 |
| Payroll service fee | 599 | 599 | 599 | 599 | 613 | 613 | 613 | 613 | 409 |
| Professional fees | - | - | - | - | - | - | - | - | - |
| Rent | 63,483 | 63,483 | 63,483 | 63,483 | 65,007 | 65,007 | 65,007 | 65,007 | 43,338 |
| Repairs | 1,536 | 1,536 | 1,536 | 1,536 | 1,573 | 1,573 | 1,573 | 1,573 | 1,049 |
| Taxes - corporate income | 7,500 | 40,000 | 3,750 | 3,750 | 7,500 | 40,000 | 3,750 | 2,750 | - |
| Telephone | 1,152 | 1,152 | 1,152 | 1,152 | 1,180 | 1,180 | 1,180 | 1,180 | 786 |
| Utilities | 13,824 | 13,824 | 13,824 | 13,824 | 14,156 | 14,156 | 14,156 | 14,156 | 9,437 |
| Total operating expenses | $ 236,932 | $ 270,306 | $ 234,510 | $ 233,779 | $ 243,050 | $ 275,839 | $ 240,055 | $ 238,305 | $ 157,037 |